IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAZARUS HILL, SR., | No. C-09-3147 TEH (PR) |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION TO LIFT STAY AND REOPEN CASE |
| v. | |
| MATTHEW CATE, Secretary, | |
| Respondent. | (Doc. #20) |

Petitioner, a state prisoner incarcerated at the Sierra Conservation Center in Jamestown, California, filed a pro se Amended Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 challenging a judgment of conviction from Alameda County Superior Court. Doc. #7. On April 13, 2010, this case was stayed at Petitioner's request so that he could exhaust his unexhausted claims in state court. Doc. #13.

Petitioner has filed a second motion to lift the stay and reopen this case. Doc. #20. The California Supreme Court denied Petitioner's habeas petition on December 1, 2010. Petitioner's claims are therefore fully exhausted. Therefore his motion to lift

the stay and reopen the case is GRANTED.  Doc. #20.  Petitioner is ordered to amend his First Amended Petition by October 28, 2011 to add the newly-exhausted claims.

IT IS SO ORDERED.

DATED   *9/21/2011*

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.09\Hill-09-3147-reopen-amend.wpd