IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAZARUS HILL, Sr., | No. C-09-3147 TEH (PR) |
|     Petitioner, | ORDER GRANTING PETITIONER'S REQUEST FOR ENLARGEMENT OF TIME TO FILE TRAVERSE |
|     v. | |
| MATTHEW CATE, Secretary, | |
|     Respondent. | |
|                                     / | Doc. #30 |

    Petitioner's request for an extension of time to file his traverse is GRANTED. Doc. #30. Petitioner shall file his traverse by June 5, 2012.

    IT IS SO ORDERED.

DATED    _04/05/2012_                                
                                          THELTON E. HENDERSON
                                          United States District Judge

G:\PRO-SE\TEH\HC.09\Hill-09-3147-traverse eot.wpd